# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**Louisiana Municipal Police Employees' Retirement System, on Behalf of Itself and all others similarly situated**

vs.

**Morry Weiss, et al**

CIVIL CASE NO.

JUDGE

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: _____                By: _____

                                Attorney for _____

revised 02/2009