AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

|  |  |
|---|---|
| _____ <br> situated     *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> IRVING I. STONE FOUNDATION
> Agent/Registrant Information
> Gary Weiss
> One American Road
> Cleveland, Ohio 44144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

*CLERK OF COURT*

Date: _____          s/Shawn Harrigan
                                   _____
                                   *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| _____<br>situated        *Plaintiff*<br><br>v.<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     IRVING I. STONE OVERSIGHT TRUST
     One American Road
     Cleveland, Ohio 44144

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<br>

                              Geri M. Smith
                              *CLERK OF COURT*

Date: _____            **s/Shawn Harrigan**
                                     *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| situated      *Plaintiff* | ) ) ) |
| v. | )    Civil Action No. |
| *Defendant* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> IRVING I. STONE LIMITED LIABILITY COMPANY
> Agent/Registrant Information
> Irving I. Stone
> 10500 American Road
> Cleveland, Ohio 44144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

*CLERK OF COURT*

Date: _____

s/Shawn Harrigan

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td>_____<br><br>situated           *Plaintiff*<br>v.<br><br>_____<br>*Defendant*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td><br><br><br>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      IRVING I. STONE SUPPORT FOUNDATION
      Agent/Registrant Information
      Barry Reis
      25701 Science Park Drive
      Cleveland, Ohio 44122

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

*CLERK OF COURT*

Date: _____           <u>    s/Shawn Harrigan          </u>
                                                     *Signature of Clerk or Deputy Clerk*

