UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| R. DAVID WOLFE, | : | |
| | : | CASE NO. 1:12-CV-2776 |
| Plaintiff, | : | |
| | : | |
| vs. | : | JUDGEMENT |
| | : | |
| MORRY WEISS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------

| | : | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE | : | |
| EMPLOYEES' RETIREMENT SYSTEM, | : | |
| | : | CASE NO. 1:12-CV-2816 |
| Plaintiff, | : | |
| | : | |
| vs. | : | JUDGMENT |
| | : | |
| MORRY WEISS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion on Defendants' Motions to Dismiss in the above-captioned matters. For the reasons stated in that opinion, the Court **GRANTS** the Motions to Dismiss and **DISMISSES** these cases without prejudice. Accordingly, this action is **TERMINATED** under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: February 14, 2013           s/ *James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE