# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | Case No. 1:12-cv-02816-JG<br><br>JUDGE JAMES S. GWIN |
| Plaintiff, | |
| v. | |
| | **NOTICE OF APPEAL** |
| MORRY WEISS, ZEV WEISS, JEFFREY WEISS, ELIE WEISS, GARY WEISS, JUDITH WEISS, IRVING I. STONE OVERSIGHT TRUST, IRVING STONE LIMITED LIABILITY COMPANY, IRVING I. STONE SUPPORT FOUNDATION, IRVING I. STONE FOUNDATION, SCOTT A. COWEN and AMERICAN GREETINGS CORPORATION. | |
| Defendants. | |

Notice is hereby given that the Plaintiff hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order and judgment entered in this action on February 14, 2013, granting Defendants' Motions to Dismiss. (Doc. Nos. 29 and 30).

Dated: March 15, 2013

Respectfully submitted,

 /s/ Joel Levin
Joel Levin         (0010671)
Aparesh Paul      (0077119)
LEVIN & ASSOCIATES CO., L.P.A
The Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, Ohio 44114
(216) 928-0600
(216) 928-0016 – Fax. No

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
Mark Lebovitch
Amy Miller
Jeremy Friedman
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appeal was filed electronically with the Court on this 15th day of March 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Joel Levin
Joel Levin    (0010671)
One of the Attorneys for Plaintiff