TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No. 1:12cv2816 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No. **13-3365** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Joel Levin |
| | FIRM NAME: Levin & Associates |
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' | ADDRESS: 1100 Tower at Erieview |
| RETIREMENT SYSTEM | 1301 East Ninth Street |
| | Cleveland, OH. 44114 |
| PLAINTIFF - __APPELLANT__ | TELEPHONE: 216-928-0600 |
| v. | CURRENT COUNSEL FOR DEFENDANT |
| | NAME: Adrienne F. Mueller |
| MORRY WEISS, et al. | FIRM NAME: Jones Day - Cleveland |
| | ADDRESS: 901 Lakeside Avenue |
| DEFENDANT - __Appellees__ | Cleveland, OH. 44114 |
| | TELEPHONE: 216-586-7370 |

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: __Gwin__ Court Reporter: __NONE__

Any hearing or trial ( ) yes (X) no If yes, dates __

FROM __Kelly Copeland for Shawn Harrigan__ DATE __MARCH 15, 2013__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and __volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2013**. Clerk, GERI M. SMITH, U.S. District Court