Case No. 13-3365

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM

    Plaintiff - Appellant

v.

MORRY WEISS; ZEV WEISS; JEFFREY WEISS;           1:12cv2816 - JG
ELIE WEISS; JUDITH WEISS; GARY WEISS;
AMERICAN GREETINGS CORPORATION

    Defendants - Appellees

and

IRVING I. STONE OVERSIGHT TRUST, et al.

    Defendants

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                            **ENTERED PURSUANT TO RULE 33,**
                                                             **RULES OF THE SIXTH CIRCUIT**
                                                             Deborah S. Hunt, Clerk

Issued: May 08, 2013